UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-44392 |
| Riaz A. Gondal | ) | |
| Shagufta S. Gondal | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING AUTOMATIC STAY

This cause coming to be heard on the Motion of Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America, through its attorneys, Johnson, Blumberg & Associates, LLC, for relief from the automatic stay, the Court being fully advised;

IT IS HEREBY ORDERED:

A. That the Automatic Stay of the above case is hereby modified to allow Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America to proceed with foreclosure, eviction, or any other action to preserve and enforce its rights with regard to the property commonly known as 237 Diane Lane, Bolingbrook, Illinois 60440.

B. That the 14 day stay provision of Fed Bankr. Rule P. 4001(a)(3) is waived.

Enter: /s/ Jack B. Schmetterer

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  August 27, 2015

**Prepared by:**

Rocio Herrera
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711