UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.:  14-44392
Riaz A. Gondal;  )
Shagufta S. Gondal;  )
 )  Chapter: 7
 )  Honorable Jack Schmetterer
 )
 )
Debtor(s)  )

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND
COMPEL TRUSTEE ABANDONMENT**

On the motion of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERIES 2004-B, a secured creditor herein, the Court having jurisdiction over the subject matter and due notice having been given;

IT IS HEREBY ORDERED that the automatic stay in this case is modified as to the interest of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERIES 2004-B, its successors, and/or assigns in the property commonly known as 254 Thornhurst, Bolingbrook, IL 60440.

IT IS FURTHER ORDERED THAT Rule 4001(a)(3) is not applicable and the effect of this order is not stayed.
No further payments are to be disbursed to said creditor on its Proof of Claim.

Enter:  /s/ Jack B. Schmetterer

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  April 30, 2019

**Prepared by:**

Anselmo Lindberg & Associates, LLC
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
bankruptcy@AnselmoLindberg.com
B15060017
This law firm is deemed to be a debt collector.