UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-44392 |
| Riaz A. Gondal and Shagufta S. Gondal | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER DENYING MOTION TO COMPEL (DKT 405)**

IT IS HEREBY ORDERED that the motion is DENIED without prejudice for reasons stated from the bench.

Enter:

Honorable Jack B. Schmetterer

United States Bankruptcy Judge

Dated: May 09, 2019